NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JOSE MANUEL BENITEZ,     )
         )
     Appellant,     )
         )
v.     )     Case No. 2D18-3377
         )
STATE OF FLORIDA,     )
         )
     Appellee.     )
_____)

Opinion filed September 4, 2020.

Appeal from the Circuit Court for
Hillsborough County; Thomas P. Barber,
Frances M. Perrone and Michael S.
Williams, Judges.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.



PER CURIAM.


     Affirmed.


CASANUEVA, SILBERMAN, and BLACK, JJ., Concur.